# DIVIDENDS REMITTED TO THE COURT
Check Number 3014 Dated 06/25/10
Case Number 07-35394 - PRATCHER, ENNIS H.

FILED
2010 JUN 28 PM 3:21

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| eCAST Settlement Corporation<br>Assignee of HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | 000005 | 92.80 | 2.32 |
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000009 | 60.04 | 1.50 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000015 | 51.18 | 1.28 |
| ---------- Remittance Total -------------- | | 204.02 | 5.10 |

DOUGLAS A. DYMARKOWSKI, Trustee

FILED
2010 JUN 28 PM 3:21